UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-81209-CIV-HURLEY/HOPKINS

LAWRENCE CICHANOWICZ,

    Plaintiff,

v.

PALM BEACH COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

### ORDER ON NOTICE OF DISMISSAL

On June 24, 2008, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff filed a notice of voluntary dismissal without prejudice of its claims against defendants Col. Keith Chambers, Jose Armas, M.D., Joseph P. May, M.D., and "John Does 1 through 15" [DE # 16]. Therefore, it is hereby **ORDERED** and **ADJUDGED** that:

1.    All claims against the above-described defendants in this matter are **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 26 day of June, 2008.

                              Daniel T. K. Hurley
                              United States District Judge

*Copies provided to counsel of record*

# UNITED STATES DISTRICT COURT



SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-81209 Civ. HURLEY/Hopkins

-----------------------------------------------------------X

LAWRENCE V. CICHANOWICZ, :

                                 Plaintiff, :             VOLUNTARY
                                                                DISCONTINUANCE

    -against-                                           :

PALM BEACH COUNTY SHERIFFS      :
OFFICE, et al.:

                                 Defendants. :

-----------------------------------------------------------X

Pursuant to FRCP Rule 41 (a) (1) (i), the within action is hereby discontinued, without prejudice, as to defendants, COLONEL KIETH CHAMBERS, JOSE ARMAS, MD, JOSEPH P. MAY, MD and JOHN DOES 1 through 15 only.

Dated: Pompano Beach, Florida
       June 20, 2008

                                                        LAWRENCE V. CICHANOWICZ
                                                        Pro Se

                                                        Lawrence V. Cichanowicz
                                                     380 S.E. 5th Street
                                                     Pompano Beach, FL 33060
                                                     Tel: (954) 854-1939
                                                     Fax: (954) 545-0772
                                                     E-mail: cichanowiczl@bellsouth.net

TO:    Purdy, Jolly, Giuffreda & Barranco, P.A.
        2455 E. Sunrise Blvd
        Suite 1216
        Ft. Lauderdale, Fl 33304



FILED by _____ D.C.

JUN 2 3 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.