UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81209-CIV-HURLEY/HOPKINS

LAWRENCE V. CICHANOWICZ,

    Plaintiff,

v.

PALM BEACH COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.

_____/

## ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint motion for dismissal with prejudice [DE # 51] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on November 14, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. The joint motion [DE # 51] is **GRANTED**. All claims in this matter are **DISMISSED WITH PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _18_ day of November, 2008.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*